

# Fourth Court of Appeals
## San Antonio, Texas

August 26, 2019

No. 04-19-00570-CV

**CITY OF SAN ANTONIO,**
Appellant

v.

Olga A. **HURON,** Dianna A. Rico, David L. Arredondo, Deceased,
Appellees

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 2019CV05317
Honorable J Frank Davis, Judge Presiding

# O R D E R

The clerk's record has not yet been filed in this appeal, but the City of San Antonio asserts that on July 19, 2019, the trial court signed an order denying the City's plea to the jurisdiction. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 51.014(a)(8). Appellant's notice of appeal was due on August 8, 2019. *See* TEX. R. APP. P. 26.1(b). A motion for extension of time to file a notice of appeal was due not later than August 23, 2019. *See id.* R. 26.3.

On August 19, 2019, Appellant filed a notice of appeal in the trial court, and on August 23, 2019, Appellant filed a motion for extension of time to file a notice of appeal in this court. *See id. See generally Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997). As required, Appellant offered a reasonable explanation for failing to timely file the notice of appeal. *See* TEX. R. APP. P. 26.3, 10.5(b)(1)(C).

Appellant's motion for extension of time to file the notice of appeal is GRANTED. Appellant's notice of appeal is deemed timely filed.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of August, 2019.



KEITH E. HOTTLE,
Clerk of Court